UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICHARD GARZA,<br>   *Plaintiff*,<br><br>V.<br><br>GENERAL STAR NATIONAL INSURANCE COMPANY and MICHAEL KOEHLER<br>   *Defendants*. | §<br>§<br>§<br>§<br>§  CAUSE NO.: 5:17-cv-01047-OLG<br>§<br>§<br>§ |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to the Court's Scheduling Order [ECF No. 5] and Local Rule CV-88, Plaintiff Richard Garza ("Plaintiff") and Defendants General Star Indemnity Company, improperly named as General Star National Insurance Company, and Michael Koehler (collectively, "Defendants") file this Joint Alternative Dispute Resolution ("ADR") Report.

**A.      Status of Settlement Negotiations**

The parties have been engaged in informal discussions regarding settlement negotiations. As per the court's scheduling order, Plaintiff submitted a written demand on March 9, 2018. Defendants submitted a written counter-offer of settlement on March 12, 2018, and Plaintiff has rejected that offer. Settlement negotiation is currently continuing.

**B.      Identity of Persons Responsible for Settlement Negotiations for Each Party**

On behalf of Plaintiff, Patrick C. McGinnis.

On behalf of Defendants, Kristin C. Cummings.

**C.      Appropriateness of ADR**

If this matter does not settle with current informal efforts, the parties believe that this matter may be suitable for mediation with sufficient discovery being taken in this matter.

D.     **ADR Method and Provider**

The parties have conferred through their counsel of record and agree that non-binding mediation is an appropriate ADR procedure for this case. The parties further agree to evenly share the cost of mediation. The parties have agreed mediate the case with:

> Robert S. Trudeau
> McAllister Plaza
> 9601 McAllister Freeway, Suite 1250
> San Antonio, Texas 78216
> Telephone: (210) 308-6688

Respectfully submitted,

| | |
|---|---|
| By: /s/ Patrick C. McGinnis | By: /s/ Kristin C. Cummings |
| Patrick C. McGinnis | Kristin C. Cummings |
| Texas Bar No.: 13631900 | Texas Bar No.: 24049828 |
| Chad T. Wilson Law Firm, PLLC | Zelle LLP |
| 455 E Medical Center Blvd, Ste 555 | 901 Main Street, Suite 400 |
| Webster, Texas 77598 | Dallas, Texas 75202 |
| Telephone: (832) 415-1432 | Telephone: (214) 742-3000 |
| Facsimile:  (281) 940-2197 | Facsimile:  (214) 760-8994 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of *Joint Alternative Dispute Resolution Report* has been forwarded to counsel of record listed below via Certified U.S. Mail, facsimile, hand delivery, email, or electronic service on this day April 5, 2018.

Kristin C. Cummings
Lindsey P. Bruning
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 742-3000
Facsimile:  (214) 760-8994
kcummings@zelle.com
lbruning@zelle.com

*/s/ Chad T. Wilson*
Chad T. Wilson